1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  JENNIFER M. RESNIK
   Assistant United States Attorney
6  Asset Forfeiture Section
   (Cal. State Bar # 233634)
7       1400 United States Courthouse
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-6595
9       Facsimile: (213) 894-7177
        E-mail: jennifer.resnik@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12
                    UNITED STATES DISTRICT COURT
13
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
   UNITED STATES OF AMERICA,    )  NO. CV
15                              )
                  Plaintiff,    )  CV11-09446 RGK (Ex)
16                              )
                  v.            )  VERIFIED COMPLAINT FOR
17                              )  FORFEITURE IN REM
   155 DRUMS, MORE OR LESS,     )
18 CONTAINING PRUNUS AFRICANA,  )  [16 U.S.C. § 1540(e)(4)(A);
   IMPORTED FROM THE PEOPLE'S   )  19 U.S.C. § 1595a]
19 REPUBLIC OF CHINA,           )
                                )  [U.S.D.A.]
20                              )
                                )
21                Defendant.    )
                                )
22 _____)

23      The United States brings this claim against the defendant
24 155 Drums, More or Less, Containing *Prunus Africana*, Imported
25 from the People's Republic of China, and alleges as follows:
26                      JURISDICTION AND VENUE
27      1.   This is a civil forfeiture action brought pursuant to
28 the Endangered Species Act, Title 16, United States Code, section
   1540(e)(4)(A) and Title 19, United States Code, section 1595a.

2. This court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355, and 16 U.S.C. § 1540(c).

3. Venue lies in this district pursuant to 28 U.S.C. § 1395.

## PERSONS AND ENTITIES

4. The plaintiff is the United States of America.

5. The defendant is 155 Drums, More or Less, of Red Stinkwood Bark, Containing *PRUNUS AFRICANA*, Imported from the People's Republic of China (the "defendant property"), and consists of 111 Drums, More or Less, of Red Stinkwood Bark Powder, and 44 Drums, More or Less, of Red Stinkwood Bark Extract, with an aggregate weight of approximately 3875 kilograms. The defendant property was seized by the United States Department of Homeland Security ("DHS") on or about March 7, 2011, at the time of the attempted importation of the property into the United States.

6. The defendant property is presently in the custody of the United States Department of Agriculture in this district and will remain subject to this court's jurisdiction during the pendency of this action.

7. This action may affect the interests of Blue California Company in the defendant property.

## BASES FOR FORFEITURE

8. On or about February 10, 2011, the defendant property was transported by sea from the People's Republic of China for importation into the United States at Long Beach, California. The importer of the defendant property was Blue California Company. The exporter of the defendant property was Jiangyin

Chondroitin Bio-Products Co., Ltd., Jiangsu, China.

9. Agriculture Specialist Vanit Juthakuajitmate, employed by the United States Customs and Border Protection, DHS, inspected the shipment containing the defendant property on March 1, 2011, at a holding facility in Carson, California, and confirmed with the importer, through the broker, that the defendant property consists of *Prunus africana*.

10. *Prunus africana* is a member of the plant family Rosaceae. *Prunus africana* is regulated under the Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES") and has been listed in Appendix II of CITES since on or about November 18, 1994. To import specimens of an Appendix II species into the United States that are subject to CITES, the specimen must be accompanied by a valid CITES permit or certificate, issued by a designated Management Authority (in this case from the People's Republic of China) before the import, introduction from the sea, export, or re-export occurs. CITES, Article IV; 50 C.F.R. § 23.26; 50 C.F.R. § 23.27.

11. When the shipment containing the defendant property was presented to the United States for importation at the port in Long Beach on or about February 21, 2011, the shipment was accompanied by a CITES export permit dated October 17, 2008, and valid for six months, which allegedly covered the trade of this *Prunus Africana* from Cameroon to China. However, the defendant property lacked a re-export certificate issued by the government of the People's Republic of China which was required to re-export the defendant property from the People's Republic of China to the United States.

## FORFEITURE OF THE DEFENDANT PROPERTY

12. Under the Endangered Species Act, "[i]t is unlawful for any person subject to the jurisdiction of the United States to engage in any trade in any specimens contrary to the provisions of [CITES], or to possess any specimens traded contrary to the provisions of [CITES]." 16 U.S.C. § 1538(c)(1). It is also unlawful to re-export or attempt to re-export any specimen of an Appendix II species that is not accompanied by a CITES re-export certificate. 50 C.F.R. §§ 23.13, 23.20(a),(c), and (e), 23.37 and 23.92.

13. All plant products possessed, transported, shipped, or imported in violation of any provision of the Endangered Species Act, or any regulation made pursuant thereto, are subject to forfeiture to the United States. The defendant property was possessed, transported, shipped, and/or imported in violation of provisions of the Endangered Species Act, and/or regulations made pursuant thereto, and is therefore subject to forfeiture pursuant to 16 U.S.C. § 1540(e)(4)(A).

14. The defendant property was introduced or attempted to be introduced contrary to law, in that its importation or entry was subject to a restriction or prohibition which is imposed by law relating to conservation (i.e., the Endangered Species Act and its regulations) and the defendant property was not in compliance with the applicable regulations and/or statute. The defendant property is therefore further subject to forfeiture pursuant to 19 U.S.C. § 1595a(c)(2)(A).

WHEREFORE, the United States prays that:

a. due process issue to enforce forfeiture of the defendant

1  property;

2      b.  due notice be given to all interested parties to appear
3  and show cause why forfeiture should not be decreed;

4      c.  judgment be entered declaring that the defendant
5  property is forfeited to the United States of America for
6  disposition according to law;

7      d.  the United States of America be awarded all of its
8  costs, expenses and disbursements; and

9      e.  the United States be awarded any other relief that the
10 Court deems just and proper.

11 Dated: November 14, 2011

                        Respectfully submitted,

                        ANDRÉ BIROTTE JR.
                        United States Attorney
                        ROBERT E. DUGDALE
                        Assistant United States Attorney
                        Chief, Criminal Division
                        STEVEN R. WELK
                        Assistant United States Attorney
                        Chief, Asset Forfeiture Section

                        /s/
                        JENNIFER M. RESNIK
                        Assistant United States Attorney
                        Attorneys for Plaintiff
                        United States of America

## VERIFICATION

I, JOHN VEREMIS, hereby declare that:

1. I am the National Coordinator of the Convention on International Trade in Endangered Species of Wild Fauna and Flora for the U.S. Department of Agriculture. I have been assigned to assist in the forfeiture of the defendant property.

2. I have read the above Complaint for Forfeiture in Rem against the defendant 155 Boxes, More or Less, Containing *Prunus Africana*, Imported from the Republic of China and know its contents. It is based upon the government's reports and information collected during this investigation.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 14, 2011.

JOHN VEREMIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

### CV11- 9446 RGK (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
UNITED STATES OF AMERICA

**DEFENDANTS**
155 DRUMS, MORE OR LESS, CONTAINING PRUNUS AFRICANA, IMPORTED FROM THE PEOPLE'S REPUBLIC OF CHINA

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
ANDRE BIROTTE JR., U.S. Attorney, JENNIFER M. RESNIK, AUSA
United States Attorney's Office, California Bar No. 233634
312 N. Spring St., 14th Floor, Los Angeles, CA 90012   (213) 894-6595

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
16 U.S.C. § 1540(e)(4)(A) and 19 U.S.C. § 1595a

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☒ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: _____CV11-09446_____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                         CIVIL COVER SHEET                         Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　　　　☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　　　　☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　　　　☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☑　Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐　Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
　　**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  11/14/11

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |